ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

SEALED

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| Samir As-Sad Hurd | ) Case No. | 4:24cr18 |
| | ) | FID: 11651286 |
| | ) | USPS |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Samir As-Sad Hurd,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

T.18:1951(a) and 2 - Conspiracy to Interfere with Commerce by Robbery, Count One, et al.

Date:  03/13/2024

*Issuing officer's signature*

City and state:  Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/13/24, and the person was arrested on *(date)* 3/19/24
at *(city and state)* Chesapeake, VA.

Date:  3/20/24

*Arresting officer's signature*

Stefan Hinds, Postal Inspector
*Printed name and title*