ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

SEALED

| United States of America | ) |
| v. | ) |
| Manray A. C. Perry | ) Case No. 4:24cr18 |
| | ) FID: 11651329 |
| | ) USPS |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Manray A. C. Perry,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.18:1951(a) and 2 - Conspiracy to Interfere with Commerce by Robbery, Count One, et al.

Date: 03/13/2024

*Issuing officer's signature*

City and state: Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/19/24, and the person was arrested on *(date)* 3/20/24
at *(city and state)* VIRGINIA BEACH, VA.

Date: 3/20/24

*Arresting officer's signature*

INSPECTOR JOHN KRAEMER
*Printed name and title*