ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

SEALED

| | |
|---|---|
| United States of America<br>v.<br><br>Dashawn Tyrik Evans-McCloud | ) <br> )    Case No.    4:24cr18 <br> )   FID: 11651276 <br> ) <br> )   USPS <br> ) |

*Defendant*

FILED

APR - 9 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## ARREST WARRANT

To:     Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Dashawn Tyrik Evans-McCloud ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   T.18:1951(a) and 2 - Conspiracy to Interfere with Commerce by Robbery, Count One, et al.

Date:     03/13/2024

_____
*Issuing officer's signature*

City and state:     Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*   3/13/24   , and the person was arrested on *(date)*   4/8/24 <br> at *(city and state)*   Richmond, VA   . <br><br> Date:   4/9/24                       _____ <br>                                            *Arresting officer's signature* <br><br>                            Dusm Jeff Ingram <br>                                            *Printed name and title* |

☒ Subject has initial appearance in Richmond 4/9/24

ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

SEAL

United States of America
v.

Dashawn Tyrik Evans-McCloud

Case No.    4:24cr18

FID: 1651276

USPS

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Dashawn Tyrik Evans-McCloud
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   T.18:1951(a) and 2 - Conspiracy to Interfere with Commerce by Robbery, Count One, et al.

Date:      03/13/2024

*Issuing officer's signature*

City and state:     Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/13/24 , and the person was arrested on *(date)* 4/8/24 at *(city and state)* Richmond, VA |
| Date: 4/9/24 |
| T. Ringer DVSM |
| *Arresting officer's signature* |
| *Printed name and title* |